**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 05-2166**

―――――――――――

UNITED STATES OF AMERICA ex rel. JERRY A.
HURST,

                                              Plaintiff - Appellant,

       versus

NORTHROP GRUMMAN CORPORATION,

                                            Defendant - Appellee,

       and

UNITED STATES OF AMERICA,

                                            Party-in-Interest.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge.  (CA-04-1205-1)

―――――――――――

Submitted:  February 23, 2006     Decided:  February 28, 2006

―――――――――――

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Jerry A. Hurst, Appellant Pro Se.  Michael Arthur Umayam, Deneen J. Melander, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP, Washington, DC, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry A. Hurst appeals from the district court's orders dismissing his complaint as filed beyond the limitations periods and on res judicata grounds, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hurst v. Northrop Grumman Corp., No. CA-04-1205-1 (E.D. Va. Aug. 17, 2005 & filed Sept. 15, 2005; entered Sept. 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED